UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NICHOLAS N. MONTGOMERY,

        Plaintiff,

v.                                                  Case No. 09-C-269

MILWAUKEE COUNTY HOUSE OF
CORRECTION, et al.,

        Defendants.

**ORDER**

The plaintiff is a state prisoner proceeding pro se. On April 14, he was ordered to pay an initial partial filing fee of $62.20 within twenty-one days. He has not done so. This Court subsequently ordered him to show cause, within fourteen days, why his case should not be dismissed for failure to pay the initial partial filing fee. He has not complied with that order within the time allowed. Accordingly, the case is dismissed for failure to pay the initial partial filing fee.

**SO ORDERED** this   30th   day of June, 2009.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge